**Order entered December 2, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01279-CV

### IN RE LE THI PHO CONRY, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF21-14764**

### ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.  We **DENY** relator's motion for stay as moot.

/s/     ERIN A. NOWELL
         JUSTICE